UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  :  CASE No. 8:14-CR-298-T-17TGW

RENEE GREGG

### ORDER

THIS CAUSE came on for consideration upon the defendant's Motion for Bill of Particulars (Doc. 51). A superseding indictment against the defendant was returned in open court (Doc. 52). Counsel represented at that time that the superseding indictment moots this motion.

It is, therefore, upon consideration,

ORDERED:

That the defendant's Motion for Bill of Particulars (Doc. 51) be, and the same is hereby, **DENIED as MOOT**.

DONE and ORDERED at Tampa, Florida, this 16th day of January, 2015.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE